UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>        Plaintiff    )<br>         )<br>v.    )<br>         )<br>584,741 USDT SEIZED FROM THE    )<br>CRYPTOCURRENCY WALLET WITH    )<br>ADDRESS TTyRaPB6TQT9MEpwwRux4na    )<br>X31Rov8e648,    )<br>        Defendant *in Rem.*    ) | Civil Action No.: 25-cv-12539 |

## LOCAL RULE 40.1(g)(5)(B) CERTIFICATION OF RELATEDNESS

Pursuant to Local Rule 40.1(g)(5)(B), the undersigned Assistant U.S. Attorney certifies that this case is related to *United States v. Mahdi Mohammad Sadeghi et al.,* 24-CR-10391-IT:

1.    This case and *United States v. Mahdi Mohammad Sadeghi et al.* are related under Local Rule 40.1(g)(2) because "the civil case involves forfeiture of property from a transaction or occurrence that is the subject of a previously filed criminal case."

2.    The Defendant *in Rem* that is the subject of the civil complaint was seized and/or identified during the course of investigation of the conduct that is the subject of the Indictment in *United States v. Mahdi Mohammad Sadeghi et al.*

                                                              Respectfully submitted,

                                                              LEAH B. FOLEY
                                                              United States Attorney

                                         By:    /s/ *Carol E. Head*
                                                   CAROL E. HEAD
                                                   Assistant United States Attorney
                                                   United States Attorney's Office
                                                   1 Courthouse Way, Suite 9200
                                                   Boston, MA 02210
                                                   (617) 748-3100

Dated: September 11, 2025                         carol.head@usdoj.gov